# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| DJAMSHID SETAYESH, | Case No.: 2:09-cv-01112-SRB |
| Plaintiff, | **DEFAULT JUDGMENT** |
| vs. | |
| A & S COLLECTION ASSOCIATES, INC., | |
| Defendant. | |

Default Judgment shall be entered against Defendant, A & S COLLECTION ASSOCIATES, INC., in favor of Plaintiff DJAMSHID SETAYESH in the amount of Three Thousand Eight Hundred Fifty One Dollars and seventy five cents ($3,851.75), representing statutory damages in the amount of one thousand dollars ($1,000.00), and attorneys' fees in the amount of Two Thousand Four Hundred Fifty One Dollars and seventy five cents ($2451.75) and four hundred dollars ($400.00) in costs.

Dated this 31st day of December, 2009.

_____
Susan R. Bolton
United States District Judge

- 1 -

DEFAULT JUDGMENT